AO 245D  (Rev. 3/01) Judgment in a Criminal Case for Revocations
Sheet 1

FILED

09 JUL -9 AM 11: 12

# UNITED STATES DISTRICT COURT

__SOUTHERN__   District of   __CALIFORNIA__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| JEFFERSON TAYLOR (1) | (For Offenses Committed On or After November 1, 1987) |

Case Number: 92CR0465-GT

JAMES CHAVEZ, FED. DEFENDERS, INC.
Defendant's Attorney

**REGISTRATION No.** 32345198

THE DEFENDANT:

[x] admitted guilt to violation of allegation(s) No.  1 AND 3

[ ] was found in violation of allegation(s) No. _____ after denial of guilt.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following allegation(s):

| Allegation Number | Nature of Violation |
|---|---|
| 1 AND 3 | Committed a federal, state or local offense |

__Supervised Release__ is revoked and the defendant is sentenced as provided in pages 2 through __3__ of this judgment. This sentence is imposed pursuant to the Sentencing Reform Act of 1984.

   IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

JULY 8, 2009
Date of Imposition of Sentence

*[signature]*

HON. GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE

92CR0465-GT

AO 245B     (Rev. 9/00) Judgment in Criminal Case
            Sheet 2 — Imprisonment

DEFENDANT: JEFFERSON TAYLOR (1)            Judgment — Page **2** of **3**
CASE NUMBER: 92CR0465-GT

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of
CTS 2, 4 AND 5 OF THE SUPERSEDING INFORMATION : TWENTY-SEVEN (MONTHS)

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
     ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
     as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     ☐ before _____
     ☐ as notified by the United States Marshal.
     ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
     DEPUTY UNITED STATES MARSHAL

92CR0465-GT

AO 245S     Judgment in Criminal Case
            Sheet 5 — Criminal Monetary Penalties

DEFENDANT: JEFFERSON TAYLOR (1)        Judgment — Page __3__ of __3__
CASE NUMBER: 92CR0465-GT

# RESTITUTION

The defendant shall pay restitution in the amount of    $10,541.96    unto the United States of America.

    This sum shall be paid    ___ immediately.
                               _X_ as follows:

      TO BE PAID THROUGH THE U.S. ATTORNEY'S OFFICE

    The Court has determined that the defendant    **does not**    have the ability to pay interest. It is ordered that:

**X**    The interest requirement is waived.

___    The interest is modified as follows:

                                                                                                       92CR0465-GT